UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SNEAKER MATCH, LLC,
an Arizona Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-10,

    Defendants.

Case No.: 1:21-cv-02003

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Sneaker Match LLC ("Plaintiff") files this Motion requesting leave to file the following documents under seal: (1) the unredacted Schedule A to the Complaint which will identify Defendants' currently known aliases, (2) Plaintiff's Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and accompanying supporting memorandum, declarations, and exhibits, including screenshot printouts showing Defendants' e-commerce stores and complained of actions; and (3) Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and accompanying supporting memorandum, declaration, and exhibits.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement, counterfeiting, false designation of origin, and copyright infringement and cybersquatting. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of ill-gotten assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these

documents.

| | |
|---|---|
| Date: April 14, 2021 | Sneaker Match, LLC |
| | /s/ Amanda Osorio<br>Amanda Osorio<br>*Attorneys for Plaintiff*<br>Revision Legal, PLLC<br>444 Cass St., Suite D<br>Traverse City, MI 49684<br>Phone: (231) 714-0100<br>Fax: (231) 714-0200<br>john@revisionlegal.com<br>eric@revisionlegal.com<br>amanda@revisionlegal.com |