AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Illinois__ on the following

☑ Trademarks or  ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv2003 | DATE FILED<br>4/14/2021 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Sneaker Match LLC | | DEFENDANT<br>JOHN DOE 1-10 |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attachments | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>J. Hollimon | (BY) DEPUTY CLERK<br>J. Hollimon | DATE<br>4/19/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

9. The Sneaker Match business model has been a wild success. Sneaker Match has sold products including t-shirts, sweatshirts, hats, and recently, face masks, on its website throughout the United States and internationally via its online retail store services.

10. The Sneaker Match business has grown based on its online presence and reputation. The majority of Sneaker Match's site traffic is a result of organic search traffic as opposed to paid advertising.

11. Sneaker Match is a global business with online retail services via a state-of-the-art website and marketing and advertising online across social media channels.

**Plaintiff's Registered Trademarks**

12. Sneaker Match has taken significant steps to protect and register its trademark rights with the United States Patent and Trademark Office ("USPTO") as follows:

| Registration Number | Trademark | Registration Date | Goods/Services |
|---|---|---|---|
| 5,010,674 | SNEAKER MATCH TEES | August 2, 2016 | On-line retail store services featuring apparel, footwear, watches, wallets, hats, messenger bags, backpacks, bandanas, underwear, belts, printed matter, toys, jewelry, sunglasses, and accessories; Retail store services featuring apparel, footwear, watches, wallets, hats, messenger bags, backpacks, bandanas, underwear, belts, printed matter, toys, jewelry, sunglasses, and accessories. |

| | | | |
|---|---|---|---|
| 5,784,852 | SNEAKER MATCH | June 25, 2019 | On-line retail store services featuring apparel, footwear, watches, wallets, hats, messenger bags, backpacks, bandanas, underwear, belts, printed matter, toys, jewelry, sunglasses, and accessories; Retail store services featuring apparel, footwear, watches, wallets, hats, messenger bags, backpacks, bandanas, underwear, belts, printed matter, toys, jewelry, sunglasses, and accessories; Retail stores featuring apparel, footwear, watches, wallets, hats, messenger bags, backpacks, bandanas, underwear, belts, printed matter, toys, jewelry, sunglasses, and accessories |

13. Sneaker Match has used the marks above (collectively the "Sneaker Match Marks") continuously and exclusively on online retail store services as well as goods including apparel since at least as early as June 2014.[1]

14. Examples of how Plaintiff uses the Sneaker Match Marks are depicted below:

---

[1] Sneaker Match is the owner of an application for registration with the USPTO of the Sneaker Match Design Mark (Serial No. 88,814,212), which is pending registration for use in association with "On-line retail store services featuring apparel, t-shirts, hoodies, Hats, and accessories."

5