# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sneaker Match, LLC

V.

John Does 1-10

CASE NUMBER: 1:21-cv-02003

ASSIGNED JUDGE: Hon. Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

Recordertee.com and all other Defendants identified in the Complaint.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amanda Osorio
1514 Wealthy St.
Suite 258
Grand Rapids, Mi
49506

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

June 1, 2021

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
                    Date                              *Signature of Server*

                                     _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Schedule A
Summons Executed

The following Defendants' Aliases were served via a website as authorized in the Temporary Restraining Order issued in this case on June 2, 2021:

- anzpremium.com
- Conmilu.com
- dmpoutfit.com
- firematchtees.com
- greateeoffer.com
- Hare8Tees.com
- isicksick.com
- JumpOutfits.com
- kicksoutfit.com
- lynseries.com
- Matchhare.com
- matchkickstees.com
- pvtshirt.com
- retroprize.com
- superstreetwears.com
- azwearity.com
- mrasgrupx.com
- quangphom.com
- SneakersMatchTee.com
- uncspot.com

The following Defendants' Aliases were served via a website as authorized in the Temporary Restraining Order issued in this case on June 4, 2021:

- hoangcl.store
- KicksMatchTee.com
- kicksmatchtee.com
- Maztee.com
- seakergymtee.com
- seakertee.com
- shoppingcl.com
- sneakershirtsone.com
- thexbear.com
- thexbear.com
- touchshirt.net
- orohena.co
- sneaker-shirts.com

The following Defendants' Aliases were served via a website as authorized in the Temporary Restraining Order issued in this case on June 7, 2021:

duseric-87
elizl61
jachass0
jolopo_57
jonan73
marlind3843
niodys-32
per-7460
ronaka_26
co_9455
jennim_39
sydcoo4026